UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE LUIS CANTERO; MARIA JUANA QUIZHPI-GUAMAN,<br><br>                    Plaintiffs,<br><br>            -against-<br><br>KEVIN RUSSO, *et al.*,<br><br>                    Defendants. | 19-CV-8596 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued December 27, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 27, 2019
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge